UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., | Case No. 1:25-cv-00233-KES-CDB |
| Plaintiff, | ORDER ON STIPULATED REQUEST TO AMEND SCHEDULING ORDER |
| v. | (Doc. 25) |
| TEHACHAPI UNIFIED SCHOOL DISTRICT, *et al.*, | |
| Defendants. | |

Pending before the Court is the parties' joint stipulated request to amend the scheduling order to the extent of continuing all discovery, pretrial motion and trial dates by approximately three months. (Doc. 25).  The Court discussed the stipulated request with the parties on January 13, 2026, during the mid-discovery status conference at which Anna Rivera appeared on behalf of Plaintiff and Caren Curtiss appeared on behalf of Defendants.  (Doc. 27).

**Background**

In support of the request, the parties represent that Defendants served a subpoena on Kern Regional Center, seeking records related to the claims and defenses in this action.  Kern Regional Center "delayed providing the records for reasons outside the [p]arties' control," producing said records on December 31, 2025, to Defendants and made available to Plaintiff on January 6, 2026.  (Doc. 25 at 3). The parties represent that, in part due to awaiting the records from Kern Regional Center, the deposition

1

of Plaintiff's guardian ad litem was rescheduled and subsequently cancelled.  Defendants intend to re-notice the deposition.  *Id.*

Separately, the parties provide that Plaintiff noticed depositions for January 2026 and that counsel for Defendants offered to reschedule the depositions to February 2026 due to scheduling conflicts.  Further, "Plaintiff was informed that at least one key witness noticed for deposition is no longer a [d]istrict employee," and requiring that he be located and subpoenaed.  *Id.* at 4.

During the mid-discovery status conference, the Court questioned the parties whether there existed additional grounds for the not-insignificant continuances requested in their stipulation.  Counsel for Plaintiff represented that there is outstanding discovery, namely interrogatories and document production that may be relevant to depositions.  Counsel for Defendants provided that she had scheduling issues until the end of January 2026.

**Discussion**

The parties propose the following extended deadlines (*id.* at 4-5):

| Event | Current Date | New Date |
| --- | --- | --- |
| Non-Expert Discovery Deadline | 02/17/2026 | 05/22/2026 |
| Expert Disclosure Deadline | 03/23/2026 | |
| Rebuttal Disclosure Deadline | 04/24/2026 | |
| Expert Discovery Deadline | 06/01/2026 | 09/08/2026 |
| Non-Dispositive Motion Filing Deadline | 06/15/2026 | |
| Non-Dispositive Motion Hearing Deadline | 07/20/2026 | 10/26/2026 |
| Dispositive Motion Filing Deadline | 08/10/2026 | 11/09/2026 |
| Dispositive Motion Hearing Deadline | 09/21/2026 | 12/21/2026 |
| Pre-Trial Conference | 01/25/2027 | 04/26/2027 |
| Trial | 03/23/2027 | 06/22/2027 |

The parties have not demonstrated good cause to warrant modifications of the case management dates to the extent requested.  For example, the parties provide that they must reschedule depositions to February 2026 and are awaiting potentially relevant discovery but do not explain why they require the

2

non-expert discovery deadline to be extended further to May 22, 2026.

For partial good cause shown, the parties' stipulated request to amend the scheduling order will be granted as modified.

**Conclusion and Order**

In light of the parties' representations and partial good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 20) is amended as follows:

| Event | Current Date | Amended Date |
| --- | --- | --- |
| Non-Expert Discovery Deadline | 02/17/2026 | **04/10/2026** |
| Expert Disclosure Deadline | 03/23/2026 | **04/23/2026** |
| Rebuttal Disclosure Deadline | 04/24/2026 | **05/19/2026** |
| Expert Discovery Deadline | 06/01/2026 | **06/22/2026** |
| Non-Dispositive Motion Filing Deadline | 06/15/2026 | **06/29/2026** |
| Non-Dispositive Motion Hearing Deadline | 07/20/2026 | **08/04/2026** |

All other provisions of the operative scheduling order and existing case management dates (i.e., dispositive motion deadlines, pretrial conference, and trial) not in conflict with this order remain in effect.

IT IS SO ORDERED.

Dated:    **January 13, 2026**                    _____

UNITED STATES MAGISTRATE JUDGE

3