UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| S.G., | Case No. 1:25-cv-00233-KES-CDB |
| Plaintiff, | ORDER ON SECOND STIPULATED REQUEST TO AMEND SCHEDULING ORDER |
| v. | (Doc. 29) |
| TEHACHAPI UNIFIED SCHOOL DISTRICT, *et al.*, | |
| Defendants. | |

Pending before the Court is the parties' second joint stipulated request to amend the scheduling order, to the extent of continuing all discovery, pretrial motion and trial dates by approximately five weeks. (Doc. 29).

**Background**

In support of the request, the parties represent that, on March 20, 2026, Plaintiff deposed Amandina Vidal, a "key witness" and one of Plaintiff's teachers during the relevant period. *Id.* ¶ 12. After her deposition, Ms. Vidal underwent surgery. *Id.* After recovering, Ms. Vidal contacted Defendants' counsel to indicate she may have additional information not previously provided in her deposition, relevant to the claims herein. *Id.* ¶ 13. On April 6, 2026, Defendants issued a notice of deposition of Ms. Vidal. *Id.* ¶ 14. On April 7, 2026, the parties met and conferred regarding the deposition and Plaintiff agreed to proceed on April 9, 2026, the earliest day of availability for Ms. Vidal. *Id.* ¶ 15.

1

In January, February, and March 2026, Defendants served subpoenas on Loma Linda University Children's Health – Children's Emergency Room, Omni Family Health, and College Community Services seeking records relevant to the claims in this action. Though the subpoenas required earlier production, these three entities have not yet produced the subpoenaed records "due to delays outside of the [p]arties' control." *Id.* ¶¶ 16-18. The parties provide that these records and Ms. Vidal's testimony are "necessary for the [p]arties' experts to conduct a complete and informed review prior to expert disclosures" and proceeding under the current schedule "would likely require expert disclosures without the benefit of this information," thereby "necessitating supplementation and resulting in additional time and expense, particularly given the volume of materials already subject to expert review"; exclusion of said information "may prejudice Plaintiff's ability to fully present his claims at trial." *Id.* ¶ 19.

The parties attach the declaration of counsel for Plaintiff Anna Rivera in support, setting forth the same.[1] *See* (Doc. 29-1).

**Discussion**

The parties propose the following extended deadlines (Doc. 29 at 5):

| Event | Current Date | New Date |
| --- | --- | --- |
| Non-Expert Discovery Deadline | 04/10/2026 | 05/15/2026 |
| Expert Disclosure Deadline | 04/23/2026 | 05/28/2026 |
| Rebuttal Disclosure Deadline | 05/19/2026 | 06/23/2026 |
| Expert Discovery Deadline | 06/22/2026 | 07/27/2026 |
| Non-Dispositive Motion Filing Deadline | 06/29/2026 | 08/03/2026 |
| Non-Dispositive Motion Hearing Deadline | 08/04/2026 | 08/25/2026 |
| Dispositive Motion Filing Deadline | 08/10/2026 | 09/08/2026 |
| Dispositive Motion Hearing Deadline | 09/21/2026 | 10/26/2026 |
| Pre-Trial Conference | 01/25/2027 | 03/01/2027 |
| Trial | 03/23/2027 | 04/27/2027 |

---

[1] Counsel's declaration is dated February 8, 2026. (Doc. 29-1 at 4). As the declaration discusses events that occurred on April 7, 2026, the Court presumes that counsel intended to date her declaration no earlier than April 7, 2026. *See id.* ¶ 13.

2

The parties have set forth good cause for modifications of the discovery dates and non-dispositive motion filing and hearing dates, but do not set forth good cause to warrant such modifications to the dispositive motion filing and hearing dates, the pretrial conference date, and trial date.

For partial good cause shown, the parties' second stipulated request to amend the scheduling order will be granted as modified.

**Conclusion and Order**

In light of the parties' representations and partial good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 20) is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Non-Expert Discovery Deadline | 04/10/2026 | 05/15/2026 |
| Expert Disclosure Deadline | 04/23/2026 | 05/28/2026 |
| Rebuttal Disclosure Deadline | 05/19/2026 | 06/23/2026 |
| Expert Discovery Deadline | 06/22/2026 | 07/27/2026 |
| Non-Dispositive Motion Filing Deadline | 06/29/2026 | 08/03/2026 |
| Non-Dispositive Motion Hearing Deadline | 08/04/2026 | 08/25/2026 |
| Dispositive Motion Filing Deadline | 08/10/2026 | **08/21/2026** |
| Dispositive Motion Hearing Deadline | 09/21/2026 | **10/05/2026** |
| Pre-Trial Conference | 01/25/2025 | **Unchanged** |
| Trial | 03/23/2027 | **Unchanged** |

All other provisions of the operative scheduling order and existing case management dates (*i.e.*, pretrial conference and trial) not in conflict with this order remain in effect.

IT IS SO ORDERED.

Dated:    **April 9, 2026**                    _____
                                              UNITED STATES MAGISTRATE JUDGE

3